```
                UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF WEST VIRGINIA
                         AT CHARLESTON
```

**LARRY WAYNE CANTRELL,**

        **Plaintiff,**

**v.**                                      **Civil Action No. 2:18-cv-01106**

**JOHN FRAME, RICHARD TONEY,**
**ANDREW HILL, RYAN HILL,**
**SGT. MIKE BUZZARD, and SCOTT**
**SMITH, sued in their individual**
**capacities,**

        **Defendants.**

### MEMORANDUM OPINION AND ORDER

**The parties having advised the court that the above-styled case has settled and that additional time is needed to prepare the final order of dismissal, it is hereby ORDERED that the final settlement conference scheduled for 10:30 a.m. on February 10, 2020, is continued to 11:00 a.m. on February 24, 2020, and the trial scheduled for 9:30 a.m. on February 11, 2020, is continued to 9:30 a.m. on February 25, 2020.**

**The clerk is requested to transmit copies of this order to all counsel of record and any unrepresented parties.**

                                        **Enter: February 7, 2020**

                                          _____
                                          John T. Copenhaver, Jr.
                                          Senior United States District Judge